*E-Filed 11/26/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO T. PULIDO, | No. C 12-0489 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| MATIN BITER, Warden, | |
| Respondent. | |

This is a federal habeas corpus action. Respondent's motion to extend time to file an answer or a dispositive motion (Docket No. 7) is GRANTED. Respondent shall file an answer or dispositive motion on or before January 20, 2013. The Clerk shall terminate Docket No. 7.

**IT IS SO ORDERED.**

DATED: November 26, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-0489 RS (PR)
ORDER EXTENDING TIME