*E-Filed 1/28/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO T. PULIDO, | No. C 12-0489 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| MATIN BITER, Warden, | |
| Respondent. | |

Respondent's motion to extend time to file an answer or a dispositive motion (Docket No. 9) is GRANTED. Respondent shall file an answer or dispositive motion on or before February 28, 2013. The Clerk shall terminate Docket No. 9.

**IT IS SO ORDERED.**

DATED: January 28, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-0489 RS (PR)
ORDER EXTENDING TIME