*E-Filed 1/28/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTONIO T. PULIDO,                          No. C 12-0489 RS (PR)

          Petitioner,            **ORDER EXTENDING TIME**

    v.

MATIN BITER, Warden,

          Respondent.

_____/

    Respondent's motion to extend time to file an answer or a dispositive motion (Docket No. 9) is GRANTED.  Respondent shall file an answer or dispositive motion on or before February 28, 2013.  The Clerk shall terminate Docket No. 9.

    **IT IS SO ORDERED.**

DATED:  January 28, 2013

                        RICHARD SEEBORG
                        United States District Judge

**United States District Court**
For the Northern District of California